FILED
2011 Mar-29  PM 03:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JEFFERSON TRANSPORTATION, LLC, | }<br>}<br>} |
| Plaintiff, | } CIVIL ACTION NO. |
| | } 10-AR-3250-S |
| v. | }<br>} |
| RAIL CONNECTION, INC., et al., | }<br>}<br>} |
| Defendants. | } |

**MEMORANDUM OPINION AND ORDER**

    At 4:23 p.m. on March 28, 2011, defendants, SCTRR, LLC, and South Central Rail Management, LLC, filed a supplemental memorandum in support of their motion to dismiss.  Without having seen the said memorandum, the court at 4:46 p.m., March 28, 2011, denied defendants' motion to dismiss upon a finding that the "current movement" records filed by plaintiff demonstrated a legitimate basis of long-arm jurisdiction.  Because the supplementary memorandum was filed before the order was entered, the order is VACATED.  Plaintiff, Jefferson Transportation, LLC, shall have **seven (7) calendar days** within which to respond to defendants' said supplemental memorandum.

    DONE this 29th day of March, 2011.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE